

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of T.S., a Juvenile

No. 06-22-00037-CV

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 5112). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 6, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk